AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

52 U.S.C. §§ 30122 AND 30109(d)(1)(D) - Making and Causing Campaign Contributions in the Name of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attachment.

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG 3 [1?]17
SUSAN Y. S[OONG]
CLERK, U.S. DIST[RICT] [CO]URT
NORTHERN DISTRIC[T OF CA]LIFORNIA

---- DEFENDANT - U.S ----

▶ JAMES TONG

DISTRICT COURT NUMBER

CR17  0474 JST

---- DEFENDANT ----

IS NOT IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ N/A

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  S. Waqar Hasib

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
~~XXXXXXXXXXXXXXXXXXXXXXXX~~

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Sept. 13, 2017, 9:30 a.m.  Before Judge: Westmore

Comments:

## ATTACHMENT TO PENTALY SHEET
### (James Tong)

**FILED**

AUG 3 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR17 0474 JST

COUNTS ONE AND TWO:

a. Maximum Prison Term - 2 years;

b. Maximum Fine - $50,000 or 1000% of the amount involved in the violation, whichever is greater.

c. Minimum Mandatory Fine - 300% of the amount involved in the violation;

d. Maximum Supervised Release Term - 1 year;

e. Restitution – N/A;

f. Mandatory Special Assessment - $100 per felony count

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

AUG 3 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR17   0474**

JAMES TONG,

JST

DEFENDANT(S).

## INDICTMENT

52 U.S.C. §§ 30122 and 30109(d)(1)(D) - Making and Causing Campaign
Contributions in the Name of Another

---

A true bill.

_Karen Williams_
Foreman

Filed in open court this __31__ day of
__August 2017__.
__Stephen Ybarra__
Clerk

Bail, $ _Summons_

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED

AUG 3 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR17 0474 JST

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 52 U.S.C. §§ 30122 and |
| v. | ) 30109(d)(1)(D) – Making and Causing Campaign Contributions in the Name of Another |
| JAMES TONG, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

BACKGROUND

At all relevant times:

1. The defendant, JAMES TONG, was a resident of the State of California and the owner of several businesses.

2. Candidate 1 was a candidate for election and re-election to the United States House of Representatives.

INDICTMENT                                    1

3. Committee A was the authorized federal campaign committee formed to receive campaign contributions for the election and re-election of Candidate 1.

4. The Federal Election Campaign Act of 1971, as amended, in Title 52, United States Code, Sections 30101 through 30146 (Election Act), placed limits and reporting obligations upon financial activity intended to influence the election of candidates for federal office for the purpose of combatting both corruption and the appearance of corruption.

5. To limit the influence that any one person could have on the outcome of a federal election, the Election Act established limits on the amounts individuals could contribute to any candidate's authorized campaign committee. For the 2012 federal election cycle (running from November 2010 to November of 2012), the Election Act limited both primary and general election campaign contributions to $2,500 each, for a total of $5,000 from any individual to any one candidate in the election cycle. For the 2014 federal election cycle (running from November 2012 to November 2014), the limit was raised to $2,600 for each of the primary and general elections, for a total of $5,200 from any individual to any one candidate in the election cycle.

6. To prevent individuals from circumventing the limit on amounts that an individual could contribute to an authorized campaign committee, the Election Act prohibited a person from making a political contribution in the name of another person, including giving funds to a conduit contributor (also known as a straw contributor) for the purpose of having the conduit contributor pass the funds on to a federal candidate in the name of the conduit contributor.

7. The Federal Election Commission (FEC) was an agency and department of the United States with jurisdiction to enforce the limits and prohibitions of the Election Act, and to receive and publish information from authorized campaign committees specifying the source and amounts of contributions to those committees for publication on the internet. The purpose of publication by the FEC was to provide citizens with a transparent record of contributions to candidates for federal office, which anyone may examine as a basis for further inquiry, and thereby instill public confidence that the electoral process has not been corrupted.

///

///

INDICTMENT                                              2

**COUNT ONE:** 52 U.S.C. § 30122 – Campaign Contributions In the Name of Another

8. The Grand Jury re-alleges and incorporates Paragraphs 1-7.

9. Between in or about March 2012 and in or about December of 2012, in the Northern District of California and elsewhere, the defendant,

JAMES TONG,

did knowingly and willfully make, and cause to be made, contributions of money, aggregating more than $10,000 during the 2012 calendar year, in the names of others who were not the true sources of the money used for the contributions, to Committee A, the authorized campaign committee of Candidate 1, a candidate for federal elected office.

All in violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(D).

///
///
///
///

INDICTMENT                                                                    3

COUNT TWO: 52 U.S.C. § 30122 – Campaign Contributions in the Name of Another

10. The Grand Jury re-alleges and incorporates Paragraphs 1-7.

11. Between in or about October 2013 and in or about December of 2013, in the Northern District of California and elsewhere, the defendant,

JAMES TONG,

did knowingly and willfully make, and cause to be made, contributions of money, aggregating more than $10,000 during the 2013 calendar year, in the names of others who were not the true sources of the money used for the contributions, to Committee A, the authorized campaign committee of Candidate 1, a candidate for federal elected office.

All in violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(D).

DATED: August 31, 2017

A TRUE BILL

Karen Williams
FOREPERSON

BRIAN J. STRETCH
United States Attorney

ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: _____)
AUSA S. WAQAR HASIB

INDICTMENT                                    4