STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for James Tong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   Vs.<br><br>JAMES TONG,<br><br>       Defendant. | ) No. CR-17-00474-JST<br>)<br>) **DECLARATION OF STEVEN F. GRUEL**<br>) IN SUPPORT OF JAMES TONG'S<br>) MEMORANDUM FOR ARRAIGNMENT<br>) AND IN SUPPORT OF RELEASE ON<br>) PERSONAL RECOGNIZANCE BOND &<br>) FOR PERMISSION TO TRAVEL TO CHINA<br>) FOR BUSINESS<br>)<br>) Honorable Kandis A. Westmore<br>)<br>) Date:  September 11, 2017<br>) Time: 2:30 pm<br>) |

I, STEVEN F. GRUEL, under penalty of perjury hereby declare as follows:

1.   I am an attorney licensed to practice law in both Wisconsin and California.  I have personal knowledge of the matters set forth herein except as to those matters based on information and belief.  I am the attorney of record for defendant James Tong in the above captioned case.

2.  I have practiced law since 1985.  From 1987 to 2005, I served with the United States

*DECLARATION OF STEVEN F. GRUEL*

1   Justice Department which include 16 years as an Assistant United States Attorney

2   (criminal division) with the United States Attorney's Office for the Northern District of

3   California. During my service as an AUSA, I was Acting Chief of the Organized Crime

4   Section and the Chief of the Major Crimes Section managing approximately 20 federal

5   prosecutors and staff.

6      3.  I represented James Tong in 2 related federal and state prosecutions stemming from a

7   March 2013 federal search of Mr. Tong's office called Charter Properties located in Dublin,

8   California.  A federal prosecution was filed by AUSA Maureen Bessette in the Oakland Division

9   of the Northern District of California as *United States v. James Tong, CR-15-512-JST*.   On

10  November 2, 2015, Mr. Tong was charged in that case with a violation of Title 16 U.S.C.

11  Sections 1538 and 1540 of the Endangered Species Act (a 6 month misdemeanor).   Two months

12  later, on January 7, 2016, Mr. Tong was arraigned and released on a Personal Recognizance

13  bond with no U.S. Pretrial Services supervision. The next day he pled guilty to the charge before

14  Judge Tigar. On March 11, 2016, Mr. Tong was sentenced to 1 year federal probation with 4

15  months of electronically monitored home confinement with various fines, special assessment and

16  restitution.  United States Probation Officer Charlie Mabie in the Oakland office drafted the PSR

17  for Mr. Tong's federal case. Mr. Tong successfully completed his probationary sentence in that

18  case.

19     4.  The California Department of Justice prosecuted the above mentioned state case in the

20  Alameda Superior Court as *The People of the State of California v. James Tong*, Case Number

21  173832. The case was filed on September 5, 2013 and on December 18, 2015, Mr. Tong entered

22  a "no contest" plea to a felony violation of California Penal Code 470(d).  Judge C. Don Clay

23  with no objection by the prosecution recently reduced the felony conviction to a misdemeanor

24  conviction.  Apart from other restitution and fines, the state sentence was identical and ran

25  concurrent to the federal sentence of probation.

26

*DECLARATION OF STEVEN F. GRUEL*

- 2

5. Mr. Tong appeared at all court appearances in both of the prosecution described above.  In fact, on several occasions during these investigations and prosecutions, **the Court permitted Mr. Tong to travel to and from Taiwan for business**.   Mr. Tong followed the Court's Orders for the overseas trips and all Court permitted travel occurred without incident or problems.

6. Mr. Tong was born in Shangai, China in 1945.  He lawfully immigrated to the United States in 1969 when he was 23 years old.  He has lived in the Bay Area (mainly in the East Bay) since coming to the United States. He married his wife in 1970 and they currently live in Pleasanton California.   Mr. Tong and has wife have 2 adult sons with families of their own also in the East Bay. Mr. Tong is a developer who has a business called Charter Properties in Dublin, California.  Charter Properties has been in existence since 1980. Mr. Tong has property and other assets in the Bay Area.  He is currently in the middle of a shopping mall development project called Fallon Gateway in Dublin.

I know that Mr. Tong has survived cancer on two occasions. As verified by the US Probation Department in its PSR in the above federal case, Mr. Tong had cancer in 2004 and later in March 2015.  He is currently undergoing care and monitoring by Dr. Michael Korn at UCSF.

7. Mr. Tong has no family or property located in China. In fact, Mr. Tong's ties to China have been completely severed since 1957 when his family moved to Hong Kong. Mr. Tong later immigrated to the United States in 1969.  Mr. Tong's parents are deceased. His brother lives in Baltimore, Maryland and his sister lives in San Francisco, California.

8. This prosecution no surprise to Mr. Tong or his counsel.  Indeed, in February 2017 the FBI interviewed Mr. Tong about the allegations in this case and served him with 3 Grand Jury Subpoenas. Since February 14, 2017 up to August 31, 2017, I have had numerous and ongoing discussions and emails with the prosecution in this case. Among other matters, these discussions have included topics ranging from: (1) the 3 Grand Jury Subpoenas served on Mr. Tong; (2)

*DECLARATION OF STEVEN F. GRUEL*

1  several tolling agreements to allow the government time to investigate its case without the need

2  to rush into filing an indictment; (3) discussions of possible settlement options of the case; (4) in

3  June 2017,  the prosecution provided a draft of the anticipated charges in the case and possible

4  plea agreement; (5) discussions with the prosecution and U.S. Department of Justice Public

5  Integrity section seeking Mr. Tong's cooperation in the investigation of others; and (6) on

6  August 31, 2017 news that Mr. Tong was indicted on the same charges he was provided in June

7  2017.   For example, attached hereto are:

8  a)  Attached as Exhibit A are some of the emails with the prosecution showing the long and

9  ongoing discussion with them about this case since February 13, 2017;

10  b) Attached as Exhibit B is a copy of the draft plea agreement for the charges contemplated by

11  the prosecution as early as June, 2017; and

12  c)  Attached as Exhibit C is an example of the Tolling Agreements signed by undersigned

13  counsel and Mr. Tong permitting more time for discussion about the case in lieu any immediate

14  indictment.

15  9.  After being told that Mr. Tong was indicted on August 31, 2017 and that a summons was

16  issued for his appearance on September 13, 2017, I informed the prosecutor that I had a personal

17  matter requiring my presence in Wisconsin from September 12 to September 19, 2017.  We

18  discussed moving the arraignment date to September 20, 2017.

19  10.  I informed Mr. Tong of the August 31, 2017 indictment and the September 13, 2017

20  arraignment date.  I discussed with him my need to move the date to September 20, 2017. Mr.

21  Tong informed me that he was planning on going to China to meet with possible investors

22  regarding several development projects in San Jose and the Bay Area. He was planning on

23  traveling September 14, 2017 to September 24, 2017 and asked if I could move the arraignment

24  date to early October 2017.

25

26

*DECLARATION OF STEVEN F. GRUEL*

1    11.  I informed the prosecution of Mr. Tong's business travel plans and offered to provide

2    copies of airline tickets and hotel arrangements for this trip.  These documents were provided to

3    the prosecutor.  The prosecutor was troubled that the airline tickets were purchased after the

4    indictment was returned and ostensibly believes that this is indicative of Mr. Tong's flight to

5    China.  The timing of the purchase of the tickets is a mere coincidence. In fact, I talked with

6    Sanli Chui, a travel agent for Mr. Tong, who informed me that to assist in arranging this business

7    trip, she applied for a Chinese visa for Mr. Tong on approximately August 8, 2017 and made

8    similar visa arrangements for Mr. Tong's secretary Debbie Millichichi.

9     12. Notwithstanding that Mr. Tong through counsel informed the government of Mr. Tong's

10    planned business trip to China, which would have involved him leaving the United States before

11    the anticipated September 20, 2017 arraignment date, the FBI apparently feared that Mr. Tong

12    would flee and followed him on the morning of September 8, 2017.  In accordance with his daily

13    work routine, the surveilling agent followed Mr. Tong's car into the parking lot of Charter

14    Properties. The agent rolled down his window and rattled the 72 year old man that saying "I

15    can't talk to you but I want you to know I am here."

16    I declare under penalty of perjury under the laws of the State of California that the

17    foregoing is true and correct.

18         Executed this 11th day of September, 2017 at Los Angeles, California.

19

20         _____/s/_____
           STEVEN F. GRUEL

21

22

23

24

25

26

*DECLARATION OF STEVEN F. GRUEL*

- 5