# EXHIBIT C

## STATUTE OF LIMITATIONS TOLLING AGREEMENT

1. This tolling agreement is made and entered into by and between the United States Department of Justice, Criminal Division, Public Integrity Section, the United States Attorney's Office for the Northern District of California, myself, James Tong, and my attorney, Steven Gruel.

2. I, James Tong, have been advised by my attorney that the United States is investigating my alleged involvement in a scheme to violate federal criminal laws, including but not limited to making campaign contributions to a candidate for federal office in the names of others and in excess of the statutory limits. As my attorney has advised me, the United States contends that this conduct may give rise to a number of violations of federal criminal law, including but not limited to Title 18, United States Code, Sections 2 (aiding and abetting), 371 (conspiracy), 1001 (false statements), and 1519 (obstruction), and Title 52, United States Code, Sections 30116 (contributions in excess of statutory limits) and 30122 (contributions in the name of another).

3. I have been advised by my attorney and understand that under federal law, as set forth in Title 18, United States Code, Section 3282 and Title 52, United States Code, Section 30145, the statute of limitations for most federal criminal offenses, including the above-referenced sections, is five years from the date on which the final act in furtherance of the crimes was committed. I further understand that, upon the expiration of the applicable limitations period and absent an agreement on my part, I could not be prosecuted for a time-barred federal criminal offense.

4. I hereby agree to a tolling of any applicable statute of limitations regarding the above-referenced conduct from March 6, 2017, to May 31, 2017. I understand that, in exchange,

the United States agrees to extend the time in which I may present evidence and arguments to the United States concerning the contemplated charges. I also understand that the time for me to respond to the grand jury subpoenas duces tecum issued to me and my company, James Tong, Inc., d/b/a Charter Properties, is extended to April 18, 2017.

5. Nothing in this agreement is intended to limit the ability of the United States to bring criminal charges prior to the expiration of this tolling agreement. The United States, however, agrees to give me or my attorney notice prior to bringing such charges.

6. I understand that by agreeing to toll, and thus not to assert, the claim of statute of limitations, I am giving up any rights I may have under the federal statute of limitations provisions regarding charges that may result from the investigation described in this document for which the limitations period expires between March 6, 2017, and May 31, 2017, provided that such charges are brought on or before May 31, 2017. I further understand that the period between March 6, 2017, and May 31, 2017, shall not be considered or assessed against the United States for purposes of any constitutional, statutory, or other challenge involving a claim of pre-indictment delay relating to the contemplated charges.

7. I understand that nothing herein has the effect of extending or reviving any limitations period that has already expired prior to March 6, 2017, and that was not tolled by any prior agreements.

8. I have discussed this matter with my attorney, and he and I fully understand the consequences of this tolling agreement. No promises, representations, or inducements of any kind other than those set forth herein have been made to me in connection with this tolling agreement.

_[signature]_
Steven Gruel, Esq.
Law Offices of Steven F. Gruel
315 Montgomery Street, 9th Floor
San Francisco, CA 94104
Attorney for James Tong

Dated: 8/10/2017

_[signature]_
James Tong
Dated: 8-10-2017

Brian Stretch
United States Attorney
Northern District of California

Raymond N. Hulser
Chief
Public Integrity Section

_____
S. Waqar Hasib
Assistant United States Attorney
Amanda Vaughn
Trial Attorney

Dated: _____