STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for James Tong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  Vs.<br><br>JAMES TONG,<br><br>        Defendant. | No. CR-17-00474-JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM DECEMBER 8, 2017 TO JANUARY 26, 2018 FOR STATUS<br><br>-and –<br><br>STIPULATION REGARDING CONTINUED FINDING OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT |

     Defendant James Tong, by and through his attorney, Steven F. Gruel, and the United States of America, by and through its counsel, Assistant United States Attorney Waqar Hasib, hereby stipulate and request that the December 8, 2017 status hearing be continued to January 26, 2018 at 9:30 a.m.

     The parties further stipulate that excludable time in full accordance with Title 18 U.S.C. §§ 3161(h)(1)(A) & (D) exists for the continuance described above. The continued basis for this finding of excludable time includes continuity of counsel and effective preparation by defense

counsel.  The parties further stipulate that the ends of justice are the goals of the Speedy Trial Act are best served in this continuance to January 26, 2018 and finding of excludable time, all of which outweighs the best interested of the defendant and public to a speedy trial.

SO STIPULATED:

DATED: 12/07/2017        __/s/ __    _____
                         STEVEN F. GRUEL
                         Attorney for James Tong

DATED:  12/07/2017
                         __/s/_____
                         WAQAR S. HASIB
                         Assistant United States Attorney

## [PROPOSED]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the December 8, 2017 status hearing in this matter is continued to January 26, 2018 at 9:30 a.m. furthermore,

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, excludable time pursuant to the Speedy Trial Act as stipulated above and in full accordance with Title 18 U.S.C. §§ 3161(h)(1)(A) & (D) is hereby found.

IT IS SO ORDERED.

DATED:  December 7, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge

*MOTION AND [PROPOSED] ORDER TO CONTINUE STATUS DATE*