| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | S. WAQAR HASIB (CABN 234818)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-6982<br>waqar.hasib@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-17-0474-JST |
| Plaintiff, | )<br>) | STIPULATED MOTION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS CONFERENCE |
| v. | )<br>) | FROM APRIL 6, 2018, TO JUNE 15, 2018, AND<br>TO EXCLUDE TIME |
| JAMES TONG, | ) | |
| Defendant. | ) | |

The United States of America and the defendant James TONG hereby jointly stipulate and request to continue the status conference in the above-referenced case, currently scheduled for April 6, 2018, until June 15, 2018 (or any other date in June, if that date is not convenient for the Court). As grounds therefore, the parties jointly represent that since their last appearance, the government has turned over approximately 72,000 pages of financial records, phone records, and other documents. The parties further jointly represent that the government has produced an index itemizing all of the materials that it has disclosed to the defense. The government represents that it is currently in the process of reviewing its files to determine whether any other discoverable materials currently exist that it has not yet turned over. The defense, in turn, represents that it is in the process of reviewing the materials it has received since the last appearance, and requires more time to do so. The parties are hopeful that, should

STIPULATION AND [PROPOSED] ORDER
CR 17-0474-JST

the Court grant this joint motion, they will be in a position to request a briefing schedule at their next appearance in June.

The parties further jointly agree and stipulate that it is appropriate to exclude time for purposes of the Speedy Trial Act from April 6, 2018, until June 15, 2018, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) so that the defense can continue to review discovery and conduct necessary investigation,

DATED: April 5, 2018

ALEX G. TSE
Acting United States Attorney

ANNALOU TIROL
Chief, Public Integrity Section
U.S. Department of Justice

_____/s/_____
S. WAQAR HASIB
Assistant United States Attorney
AMANDA VAUGHN
Trial Attorney

_____/s/_____
STEVEN F. GRUEL, ESQ.
Attorney for James TONG

For the reasons stated by the parties, it is hereby ORDERED that the status conference currently

STIPULATION AND [PROPOSED] ORDER
CR 17-0474-JST

1 scheduled for April 6, 2018, in the above-referenced matter is continued until June 15, 2018. The Court
2 further finds that, based upon the representation of counsel and for good cause shown, failing to exclude
3 the time between April 6, 2018, and June 15, 2018, would unreasonably deny the defendant continuity
4 of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the
6 ends of justice served by excluding the time between April 6, 2018, and June 15, 2018, from
7 computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
8 speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 6, 2018, and June 15,
9 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and
10 (B)(iv).

SO ORDERED.

DATED: April 5, 2018

_____
HON. JON S. TIGAR
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-0474-JST