1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6982
        waqar.hasib@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-0474-JST |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JUNE 15, 2018, TO AUGUST 17, 2018, AND TO EXCLUDE TIME |
| v. | |
| JAMES TONG, | |
| Defendant. | |

The United States of America and the defendant James TONG hereby jointly stipulate and request to continue the status conference in the above-referenced case, currently scheduled for June 15, 2018, until August 17, 2018 (or any other August date after August 17, if that date is not convenient for the Court). As grounds therefore, the parties jointly represent that since their last appearance, the government has turned over an additional 4,400 pages of documents, and a comprehensive discovery index. The defense, in turn, represents that it is in the process of reviewing the materials these most recent 4,400 documents. The parties are hopeful that, should the Court grant this joint motion, they will be in a position to request a briefing schedule at their next appearance.

The parties further jointly agree and stipulate that it is appropriate to exclude time for purposes of the Speedy Trial Act from June 15, 2018, until August 17, 2018, pursuant to 18 U.S.C.

STIPULATION AND [PROPOSED] ORDER
CR 17-0474-JST

1 §§ 3161(h)(7)(A) and (B)(iv) so that the defense can continue to review discovery and conduct necessary investigation,

DATED: June 13, 2018

          ALEX G. TSE
          Acting United States Attorney

          ANNALOU TIROL
          Chief, Public Integrity Section
          U.S. Department of Justice


          _____/s/_____
          S. WAQAR HASIB
          Assistant United States Attorney
          AMANDA VAUGHN
          Trial Attorney


          _____/s/_____
          STEVEN F. GRUEL, ESQ.
          Attorney for James TONG

**ORDER**

For the reasons stated by the parties, it is hereby ORDERED that the status conference currently scheduled for June 15, 2018, in the above-referenced matter is continued until August 17, 2018. The Court further finds that, based upon the representation of counsel and for good cause shown, failing to exclude the time between June 15, 2018, and August 17, 2018, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 15, 2018, and August 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

/ / /
/ / /
/ / /
/ / /

in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between June 15, 2018, and August 17, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: June 13, 2018

_____
HON. JON S. TIGAR
United States District Court Judge