STEVEN F. GRUEL, ESQ.
California Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

Attorney for James Tong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-17-0474-JST |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) PERMITTING DEFENDANT UNTIL |
| Vs. | ) MARCH 19, 2019 TO FILE DEFENSE |
| | ) MOTIONS and GOVERNMENT UNTIL |
| JAMES TONG, | ) APRIL 16, 2019 TO FILE OPPOSITIONS |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Defendant James Tong, by and through his attorney, Steven F. Gruel, and the United

States of America, by and through its attorney, Amanda R. Vaughn, Trial Attorney, Public

Integrity Section, United States Department of Justice, hereby stipulate that James Tong be

permitted two (2) extra business days to file any defense motions in this case.

On March 12, 2019 the government provided additional discovery in this case consisting

of sixty (60) FBI 302s memorializing the receipt of subpoena returns requested by the defense on

March 4, 2019. Mr. Tong requests additional time to fully review this discovery and determine if

it relates to any anticipated defense motions.  Consequently, two (2) extra business days is

respectfully requested so that Mr. Tong may file any defense motions no later than March 19, 2019.  The government does not oppose this defense request.

It is further stipulated that the government likewise be afforded two (2) extra day to file any opposition to the defense motions. Therefore, any government oppositions would be due on April 16, 2019.

All other dates set by the Court shall remain the same.

SO STIPULATED:


DATED: 03/14/2019          __/s/ __    _____
                              STEVEN F. GRUEL
                              Attorney for James Tong


DATED:  03/14/2019
                              __/s/_____
                              AMANDA R. VAUGHN
                              Trial Attorney
                              United States Dept. of Justice



                    [PROPOSED] ORDER


PREDICATED on the above stipulation, the filing dates for the defense motions and the government's oppositions are amended accordingly.

**IT IS SO ORDERED.**


DATED:  March 14, 2019          _____
                                HONORABLE JON S. TIGAR
                                United States District Judge