UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES TONG,<br>Defendant. | Case No. 17-cr-00474-JST-1<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 185 |

Defendant James Tong's renewed motion for judgment of acquittal and motion for a new trial was filed on October 22, 2019. ECF No. 181. The Government's opposition was filed on October 29, 2019. ECF No. 182. Defendant Tong filed his reply on November 26, 2019. ECF No. 185. The motion is currently set for hearing on December 13, 2019.

Pursuant to Criminal Local Rule 47-2(b), Defendant Tong's reply was due on November 4, 2019. Accordingly, his reply was late by 22 days.

On its own motion, the Court continues the motion hearing to December 20, 2019 at 9:30 a.m. The Court also orders Defendant Tong to show cause why his reply should not be stricken. A written response to this order is due December 6, 2019. Hearing on the order to show cause will take place on December 20, 2019, concurrently with the hearing on Defendant Tong's motion for judgment of acquittal and motion for a new trial.

**IT IS SO ORDERED.**

Dated: November 27, 2019



JON S. TIGAR
United States District Judge