DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

COREY AMUNDSON (LABN 28865)
Chief, Public Integrity Section

AMANDA R. VAUGHN (MD Bar)
REBECCA G. ROSS (NY Bar)
Trial Attorneys

    1400 New York Ave. NW
    Washington, D.C. 20005
    Telephone: (202) 514-1412
    Fax: (202) 514-3003
    amanda.vaughn@usdoj.gov
    rebecca.ross@crm.usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-474-JST |
| Plaintiff, | **NOTICE OF MANUAL FILING OF EXHIBIT R** |
| v. | |
| JAMES TONG, | |
| Defendant. | |

Regarding: EXHIBIT R to the United States' reply to defendant's sentencing memorandum (Docket No. 197).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

    [ ] Voluminous Document (PDF file size larger than the e-filing system allows)

    [_] Unable to Scan Documents

    [ ] Physical Object (description):

    [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

    [_] Item Under Seal

    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

    [_] Other (description):

DATED: January 22, 2020                                    Respectfully submitted,

                                                                               DAVID L. ANDERSON
                                                                               United States Attorney

                                                                               COREY AMUNDSON
                                                                               Chief, Public Integrity Section
                                                                               U.S. Department of Justice

                                                                               /s/
                                                                               S. WAQAR HASIB
                                                                               Assistant United States Attorney

                                                                               AMANDA R. VAUGHN
                                                                               REBECCA G. ROSS
                                                                               Trial Attorneys