UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TONG,<br><br>  Defendant. | Case No. 17-cr-00474-JST-1<br><br>**ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT**<br><br>Re: ECF No. 219 |

Pursuant to the order issued by the United States Court of Appeals for the Ninth Circuit on June 4, 2020, ECF No. 219, the judgment in this case is vacated and the indictment is dismissed.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2020



JON S. TIGAR
United States District Judge